IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DEBORAH JANE TRIESCH,<br>*Plaintiff* | § § § | |
| -vs- | § § | SA-23-CV-01550-XR |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>*Defendant* | § § § § | |

# FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

All claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 25th day of August, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE